**Yenny SERVELLON, Petitioner**

v.

**Eric H. HOLDER, Jr., Respondent.**

**No. 12–1115.**

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 6, 2012.

Filed: Nov. 7, 2012.

Ta–Yu Yang, Des Moines, IA, for Petitioner.

Karen Yolanda Drummond, Richard M. Evans, Francis William Fraser, Jane Tracey Schaffner, U.S. Department of Justice, Washington, DC, for Respondent.

Before MURPHY, ARNOLD, and SMITH, Circuit Judges.

[Unpublished]

PER CURIAM.

Yenny Servellon, a citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals, which affirmed an immigration judge's denial of asylum and withholding of removal. After careful review, we find no basis for reversal, as the denials of relief were supported by substantial evidence on the administra-tive record as a whole. *See Khrystotodo-rov v. Mukasey,* 551 F.3d 775, 781, 784 (8th Cir.2008) (substantial-evidence standard for asylum claim; denial of asylum dictates same outcome on withholding-of-removal claim based on same underlying factual allegations). Accordingly, we deny the petition for review. *See* 8th Cir. R. 47B.